IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STATE BANK OF TABLE ROCK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3120 |
| | ) | |
| v. | ) | |
| | ) | |
| GLENN DAVID BRANCH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion to continue debtor exam hearing, filing 8, is granted and the hearing is continued from today to September 10, 2008 at 9:30 a.m. in Courtroom 3, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant is required to be present for the hearing.

DATED this 1st day of August, 2008.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge