```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| STATE BANK OF TABLE ROCK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3120 |
| | ) | |
| v. | ) | |
| | ) | |
| GLENN DAVID BRANCH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff has filed a withdrawal of its debtor exam hearing.

IT THEREFORE HEREBY IS ORDERED,

The withdrawal, [filing 12](filing 12), deemed to be a motion, is granted and the motion for debtor exam hearing, [filing 3](filing 3), is withdrawn.

DATED this 12th day of September, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge